UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

David and Toni Deaton,

    Debtor.
_____/

Case No.: 14-50878
Chapter 13
Hon. Walter Shapero

Stephen J. Vondra,

    Plaintiff,

v.

Adversary Proceeding
Case No.: 14-05050

David Deaton,

    Defendant.
_____/

### ORDER REGARDING DISCHARGEABILITY OF DEBT

For the reasons set forth in the Opinion Regarding Dischargeability of Debt, the debt owed by David Deaton to Steven Vondra is nondischargeable under 11 U.S.C. § 523(a)(6).

It is so ordered.

**Signed on June 07, 2016**

                                      **/s/ Walter Shapero**
                                **Walter Shapero**
                                **United States Bankruptcy Judge**